**FILED**
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT MARSH, III,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>V. M. ALMAGER, Warden,<br><br>　　　　　　　　　Respondent. | Civil No.   08-1067 W (CAB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

　　　　Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He has also filed a signed copy of his Prison Certificate and copy of his prison trust account statement, which this Court construes as a request to proceed in forma pauperis. Petitioner's trust account statement reflects a $13.69 balance. The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a).

　　　　It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee **no later than August 25, 2008**, to have the case reopened.

**IT IS SO ORDERED.**

DATED:  6/30/08

　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

K:\COMMON\EVERYONE\_EFILE-PROSE\W\08cv1067-dismiss.wpd, 6248

-1-