1  Roosevelt Marsh III
2  P.44368
3  A.4,113L
4  P.O. Box 901
5  Imperial, C.A. 92251

ORIGINAL

FILED
AUG 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM   DEPUTY

United States District Court
Southern District of California

9  Roosevelt Marsh III
10                  Petitioner,
11      V.
12  V.M. Almager, Warden,
13                  Respondent.

Civil No. 08-1067 W (CAB)
Petitioner requesting
extension of time
for (30) thirty days.

ORDER

Petitioner, a state prisoner in this case is requesting an extension of time for thirty days, due to the fact of prison lockdown. Due to the reason of prison being on lockdown is out of petitioners control. A deadline date of 8-25-08 was possibly not met. Petitioner ask if the court can give him a thirty day extension, for filing fee the sum of $5.00.

DATED: 8-25-08

Roosevelt Marsh III
Roosevelt Marsh III